**In re Arthur H. SORENSEN, Esq.**

[596 A.2d 924]

No. 91-273

September 4, 1991. Arthur H. Sorensen having been publicly reprimanded by the Supreme Court of New Jersey for failure to turn over to clients interest accrued on client funds, it is hereby ordered that Arthur H. Sorensen be publicly repri-manded pursuant to the reciprocal discipline provisions of the Permanent Rules Governing Establishment of Professional Conduct Board and Its Operation. A.O. 9, Rule 17.